ANDREW F. ENDRIES, Appellant, *v.* MARION PADDOCK et al., Respondents.

(Argued March 14, 1935; decided April 16, 1935.)

*H. C. Stratton* and *George P. Pudney* for appellant.

*Frank W. Barnes* for Marion Paddock and Harold Cook, respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.